FILED
JUL 12 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED
JUL 13 2000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

00CR0538

JUDGE LEINENWEBER
MAGISTRATE JUDGE BOBRICK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. _____ |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 1951 |
| JAMES COOPER ) | |

THE UNITED STATES ATTORNEY charges:

1. At all times material to this information, defendant JAMES COOPER was employed by the Robbins Police Department as a sworn police officer holding the rank of Detective Sergeant and, as such, was responsible for investigating, among other crimes, unlawful narcotics trafficking within Robbins, Illinois.

2. On or about March 21, 1996, at Robbins, in the Northern District of Illinois, Eastern Division,

JAMES COOPER,

defendant herein, attempted to commit extortion which would have affected commerce, which attempted extortion consisted of knowingly obtaining property in the form of a cash payment of approximately $200 from a person known to the United States Attorney ("Individual A"), whom defendant JAMES COOPER understood to be a narcotics dealer, with Individual A's consent obtained under color of official right;

In violation of Title 18, United States Code, Section 1951.

ACTING UNITED STATES ATTORNEY